# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DIANA LYNN GARRETT,**

    **Plaintiff,**

                                    Civil Action 2:19-cv-2410

    v.

                                    Chief Magistrate Judge Elizabeth P. Deavers

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

## ORDER

The parties have jointly moved the Court to remand this case to the Commissioner of Social Security pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). (ECF No. 20.) The parties' joint motion (*id.*) is **GRANTED**. The decision of the Commissioner is **REVERSED** and this action is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. This action is **DISMISSED**. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this case.

    **IT IS SO ORDERED.**


Date: January 27, 2020                            /s/ *Elizabeth A. Preston Deavers*
                                                        ELIZABETH A. PRESTON DEAVERS
                                                        CHIEF UNITED STATES MAGISTRATE JUDGE